P. Andrew McStay, Jr., OSB 033997
andymcstay@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
Telephone:  (503) 241-2300
Facsimile:  (503) 778-5299

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **A-DEC, INC.**, an Oregon corporation,<br><br>       **PLAINTIFF**,<br><br>v.<br><br>**W&H DENTALWERK BÜRMOOS GES. M.B.H.**, an Austrian private limited liability company,<br><br>       **DEFENDANT**. | Case No. 3:20-cv-01679-AC<br><br>**DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT** |

**LR 7-1 CERTIFICATE OF COMPLIANCE**

Defendant conferred with plaintiff's counsel regarding the subject of this motion, as required under Local Rule 7-1.  Plaintiff does not oppose the extension of time requested herein.

**MOTION**

Defendant respectfully moves for an order under Fed. R. Civ. P. 6(b) extending the time in which it must respond to plaintiff's Complaint (Dkt. No. 1) until November 30, 2020.

The reason for the requested extension is that Defendant is investigating the factual and legal bases underlying the Complaint and actively working with plaintiff's counsel in pursuit of a

Page 1 - UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT

4829-7724-2320v.2 0050033-002467

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax

potential resolution of this matter.  The additional time requested herein will allow the parties to explore further a potential resolution of the case while minimizing the expenditure of the parties' and the Court's resources.

This motion is made in good faith and not for purposes of delay, and without waiver of or prejudice to any defense, including but not limited to any that may be raised in a responsive pleading or motion under Fed. R. Civ. P. 12.

DATED this 2nd day of November, 2020.

**DAVIS WRIGHT TREMAINE LLP**

By *s/ P. Andrew McStay, Jr.*
P. Andrew McStay, Jr., OSB 033997
Telephone:  (503) 241-2300
Facsimile:  (503) 778-5299
andymcstay@dwt.com

Attorneys for Defendant

Page 2 - UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT

4829-7724-2320v.2 0050033-002467

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax