P. Andrew McStay, Jr., OSB 033997
andymcstay@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
Telephone: (503) 241-2300
Facsimile: (503) 778-5299

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **A-DEC, INC.**, an Oregon corporation,<br><br>    **PLAINTIFF**,<br><br>    v.<br><br>**W&H DENTALWERK BÜRMOOS GES. M.B.H.**, an Austrian private limited liability company,<br><br>    **DEFENDANT**. | Case No. 3:20-cv-01679-AC<br><br>**STIPULATED MOTION TO STAY CASE** |

### LR 7-1 CERTIFICATE OF COMPLIANCE

Pursuant to LR 7-1, the parties certify that they conferred in good faith and stipulate to the relief sought in this motion.

### MOTION

The parties have reached an agreement in principle to arbitrate this dispute privately, but require additional time to memorialize this agreement. The parties accordingly request that all case deadlines, including defendant's deadline to respond to the First Amended Complaint, be stayed. The parties anticipate filing a further update with the court within two weeks.

Page 1 - STIPULATED MOTION TO STAY CASE

4846-6302-8187v.2 0116782-000001

This motion is made in good faith and not for purposes of delay, and without waiver of or prejudice to any defense, including but not limited to any that may be raised in a responsive pleading or motion under Fed. R. Civ. P. 12.

STIPULATED AND AGREED on February 9, 2021:

By:

| HOLLAND & KNIGHT LLP | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| *s/ Shannon Armstrong* | *s/ P. Andrew McStay, Jr.* |
| J. Matthew Donohue, OSB No. 065742 | P. Andrew McStay, Jr., OSB No. 033997 |
| matt.donohue@hklaw.com | andymcstay@dwt.com |
| Shannon Armstrong, OSB No. 060113 | 1300 SW Fifth Avenue, Suite 2400 |
| shannon.armstrong@hklaw.com | Portland, OR 97201 |
| Kristin Asai, OSB No. 103286 | Telephone: (503) 778-5302 |
| kristin.asai@hklaw.com | Fax: (503) 778-5299 |
| 601 SW Second Avenue, Suite 1800 | |
| Portland, OR 97204 | *Attorneys for Defendant* |
| Telephone: 503.243.2300 | |
| Fax: 503.241.8014 | |
| | |
| *Attorneys for Plaintiff* | |

Page 2 - STIPULATED MOTION TO STAY CASE

4846-6302-8187v.2 0116782-000001

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
(503) 241-2300 main · (503) 778-5299 fax